**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10093 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02546-RCC |
| v. |  |
| JOSE LUIS REYNA-ROBLES, a.k.a. Jose Reyna-Robles, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Jose Luis Reyna-Robles appeals from the sentence of 13 months and one

day imposed following his guilty-plea conviction for reentry after deportation, in

violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

Reyna-Robles contends that his sentence is substantively unreasonable because he should have been granted a departure or variance based on cultural assimilation. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, Reyna-Robles's sentence within the Guidelines range is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**